UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00277 |
| | ) | JUDGE CAMPBELL |
| MARY HARRIS | ) | |

ORDER

Pending before the Court is Government's Motion to Reschedule Sentencing Hearing (Docket No. 35). The Motion is GRANTED.

The sentencing hearing currently scheduled for September 28, 2012, is RESCHEDULED for September 27, 2012, at 9:00 a.m.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

The Government shall not dispose of or forfeit any property seized in this case without prior order of the Court or until all direct appeals are fully exhausted.

It is so ORDERED.

                                                                                                                          _____
                                                                                                                          TODD J. CAMPBELL
                                                                                                                          UNITED STATES DISTRICT JUDGE