UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:10-00277
    )    JUDGE CAMPBELL
MARY HARRIS    )

<u>ORDER</u>

Pending before the Court is Defendant Mary Harris' Motion to File Supplemental Position with Respect to Sentencing Factors Under Seal (Docket No. 37). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE