UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00277 |
| ) | JUDGE CAMPBELL |
| MARY HARRIS ) | |

## ORDER

The Court held a hearing on September 27, 2012 wherein Defendant moved to continue the sentencing. The Court granted the continuance.

The sentencing hearing is RESCHEDULED for December 14, 2012, at 2:00 p.m.

It is so ORDERED.

                                                          _____
                                                          TODD J. CAMPBELL
                                                          UNITED STATES DISTRICT JUDGE